**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7189**

---

JOHN R. WILLIAMS, III,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections; MARK L. EARLEY, Attorney
General of Virginia,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-00-172-AM)

---

Submitted: October 10, 2000          Decided: October 20, 2000

---

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John R. Williams, III, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John R. Williams III, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994). We have reviewed the record, the district court's opinion, and Williams' informal appellate brief. Because Williams failed to challenge the basis for the district court's ruling in his appellate brief, he has failed to preserve any issues for review. See 4th Cir. R. 34(b). Accordingly, we deny a certificate of appealability and dismiss the appeal on that basis.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Williams would not prevail even if he had preserved a challenge to the district court's conclusion that his § 2254 petition was barred by the one-year limitations period of 28 U.S.C.A. § 2254(d) (West Supp. 2000). Our review of the record leaves no doubt that the district court's holding was correct.